

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

FILED
OCT - 7 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| WILLIAM JAMES TRUESDALE, | : | VIOLATIONS: |
| also known as "Smoke," | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| also known as "Smokey," | : | (Unlawful Distribution of Heroin) |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| Case: 1:14-cr-00203 | : | Term Exceeding One Year) |
| Assigned To : Leon, Richard J. | : | 18 U.S.C. § 924(c)(1) |
| Assign. Date : 10/7/2014 | : | (Using, Carrying and Possessing a |
| Description: INDICTMENT (B) | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | 18 U.S.C. § 922(a)(1)(A) |
| | : | (Engaging in the Business of Dealing in |
| | : | Firearms without a License) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853; 18 U.S.C. § 924(d); |
| | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 11, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully, knowingly, and

intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

 (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about February 18, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

 (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about March 10, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

 (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about March 27, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

 (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FIVE

On or about April 14, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

    (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about April 14, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 1994-FEL-10035, did unlawfully and knowingly receive and possess a firearm, that is, a Cobra FS32 .32-caliber semi-automatic pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

    (**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVEN

On or about April 14, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully and knowingly possess in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, that is Count Five of this Indictment, incorporated herein, a firearm, that is, a Cobra FS32

.32-caliber semi-automatic pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT EIGHT

On or about April 14, 2014, within the District of Columbia and elsewhere, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, that is, a Cobra FS32 .32-caliber semi-automatic pistol.

(**Engaging in the Business of Dealing in Firearms without a License**, in violation of Title 18, United States Code, Section 922(a)(1)(A))

## COUNT NINE

On or about May 6, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TEN

On or about June 11, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 1994-FEL-10035, did unlawfully and knowingly receive and possess a firearm, that is,

a Smith & Wesson Model 36 .38-caliber revolver, and five rounds of ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

    **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT ELEVEN

On or about June 11, 2014, within the District of Columbia and elsewhere, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, that is, a Smith & Wesson Model 36 .38-caliber revolver.

    **(Engaging in the Business of Dealing in Firearms without a License**, in violation of Title 18, United States Code, Section 922(a)(1)(A))

## COUNT TWELVE

On or about June 19, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 1994-FEL-10035, did unlawfully and knowingly receive and possess a firearm, that is, a Hi-Point CF .380-caliber semi-automatic pistol and a Norinco MAK 90 Sporter .762-caliber rifle, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

    **(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THIRTEEN

On or about June 19, 2014, within the District of Columbia and elsewhere, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, that is, a Hi-Point CF .380-caliber semi-automatic pistol and a Norinco MAK 90 Sporter .762-caliber rifle.

> **(Engaging in the Business of Dealing in Firearms without a License**, in violation of Title 18, United States Code, Section 922(a)(1)(A))

## COUNT FOURTEEN

On or about July 29, 2014, within the District of Columbia, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 1994-FEL-10035, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson Model 10 .38 caliber revolver and a Norinco SKS .762-caliber rifle, and 28 rounds of .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIFTEEN

On or about July 29, 2014, within the District of Columbia and elsewhere, **WILLIAM JAMES TRUESDALE**, also known as "Smoke" and "Smokey," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in

the business of dealing a firearm, that is, a Smith & Wesson Model 10 .38 caliber revolver and a Norinco SKS .762-caliber rifle.

**(Engaging in the Business of Dealing in Firearms without a License**, in violation of Title 18, United States Code, Section 922(a)(1)(A))

### FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One, Two, Three, Four, Five, and/or Nine, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. Upon conviction of the offenses alleged in Counts Six, Seven, Eight, Ten, Eleven, Twelve, Thirteen, Fourteen, and/or Fifteen of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Cobra FS32 .32-caliber semi-automatic pistol, a Smith & Wesson Model 36 .38-caliber revolver, and five rounds of ammunition, a Hi-Point CF .380-caliber semi-automatic pistol, a Norinco MAK 90 Sporter .762-caliber rifle, a Smith & Wesson Model 10 .38 caliber revolver, a Norinco SKS .762-caliber rifle, and 28 rounds of .38 caliber ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C.§ 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

Ronald C. Machen Jr.
Attorney of the United States in
and for the District of Columbia